# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Earl F Crago,<br><br>　　　　Plaintiff,<br><br>v.<br><br>David Shinn, et al.,<br><br>　　　　Defendants. | **NO. CV-21-00423-TUC-JAS**<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

　　IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order filed March 13, 2024, judgment is entered in favor of defendant and against plaintiff. Plaintiff to take nothing, and the complaint and action are dismissed with prejudice.

　　　　　　　　　　　　　　　　　　　　Debra D. Lucas
　　　　　　　　　　　　　　　　　　　　District Court Executive/Clerk of Court

March 13, 2024

　　　　　　　　　　　　　　　　　　　　s/ B. Cortez
　　　　　　　　　　　　　　　　By　　Deputy Clerk